

**FILED**

MAR 1 8 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal 3:25CR18 |
| BRITTANEY ALLURA HALL, | |
| Defendant. | Violations: 18 U.S.C. § 1343<br>18 U.S.C. § 1028A |

## INDICTMENT

The Grand Jury charges:

### General Allegations

1. The defendant, **BRITTANEY ALLURA HALL**, was, until September of 2024, employed by a company ("EMH") in Martinsburg, West Virginia, within Berkeley County, West Virginia, as an office manager and accountant.

2. At all relevant times, the defendant, **BRITTANEY ALLURA HALL** was a resident of Berkeley County, West Virginia.

3. **BRITTANEY ALLURA HALL**, having gained access to EMH's access devices and financial information, and the means of identification of the owner of EMH, K.S., **BRITTANEY ALLURA HALL** began conducting financial transactions for the purpose of enriching herself. Over the course of the scheme, **BRITTANEY ALLURA HALL** embezzled approximately $263,242.15 to which she was not entitled.

## COUNTS ONE THROUGH FOUR
(Wire Fraud)

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment are re-alleged and incorporated fully by reference herein.

### The Scheme

2. Beginning at least in or about May of 2023, and continuing to in or about September of 2024, in Jefferson County and Berkeley Counties, in the Northern District of West Virginia, and elsewhere, the defendant **BRITTANEY ALLURA HALL** devised and intended to devise a scheme and artifice to defraud and obtain money from EMH by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and deprive, did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of wire communications, certain signs and signals.

3. The scheme involved the following acts, among others, which were committed and caused to be committed in the Northern District of West Virginia, and elsewhere.

### Purpose and Object of the Scheme and Artifice

4. It was a purpose of the scheme and artifice to defraud for **BRITTANEY ALLURA HALL** to unlawfully enrich herself by using her access and authority to cause overpayments of payroll by fraudulently causing funds of EMH to which she was not entitled to be paid to her for reimbursements and commissions, writing checks to herself without authority, creating false invoices through her accounting software which caused unauthorized payments to be made, and by causing unauthorized transactions to be made for her own financial benefit.

## Manner and Means of the Scheme and Artifice

5. In or about January of 2023, **BRITTANEY ALLURA HALL** created an account on a commercial accounting platform for her accounting business, "Make It Account LLC."

6. Using her access to the financial information and financial instruments associated with EMH, **BRITTANEY ALLURA HALL** caused false invoices to be created and transmitted, resulting in the posting of unauthorized debits to bank accounts associated with EMH.

7. Using her access to the financial information of EMH and the owner K.S.'s means of identification, **BRITTANEY ALLURA HALL** created merchant/payment processing accounts through another commercial accounting platform.

8. Using her access to the financial information and financial instruments associated with EMH, **BRITTANEY ALLURA HALL** caused fraudulent and unauthorized payments to be made from accounts under the guise of payments to EMH, for her personal financial benefit.

## The Wire Communications

9. On or about the dates listed below, in the Northern District of West Virginia, and elsewhere, the defendant **BRITTANEY ALLURA HALL**, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, knowingly transmitted and caused to be transmitted by means of wire communications in interstate and foreign commerce, writing, signs, signals, pictures, and sounds for the purpose of executing such scheme, each transmission constituting a separate count:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 1 | August 6, 2024 | Electronic submission of a fraudulent invoice causing a payment to **BRITTANEY ALLURA HALL** of $795.70. |
| 2 | August 18, 2024 | Electronic submission of a fraudulent invoice causing a payment to **BRITTANEY ALLURA HALL** of $932.01. |
| 3 | September 3, 2024 | Electronic submission of a fraudulent invoice causing a payment to **BRITTANEY ALLURA HALL** of $401.55. |

| 4 | September 3, 2024 | Electronic submission of a fraudulent invoice causing a payment to **BRITTANEY ALLURA HALL** of $390.41. |

All in violation of Title 18, United States Code, Section 1343.

## COUNT FIVE
(Aggravated Identity Theft)

1. Paragraphs 1 through 3 of the General Allegations section of this Indictment, and Paragraphs One through Nine of Counts One Through Four are re-alleged and incorporated fully by reference herein.

2. By on or about July 12, 2023, in the Northern District of West Virginia, defendant **BRITTANEY ALLURA HALL**, did, without lawful authority, knowingly transfer, possess, and use the means of identification of another actual person, including but not limited to the name, date of birth, and social security number of K.S., to open a merchant/payment processing account on a commercial software platform, during and in relation to a felony enumerated in Section 1028A(c) of Title 18 of the United States Code, to wit, Wire Fraud.

All in violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts Two through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Section 1343 set forth in Counts One through Four of this Indictment, the defendant, **BRITTANEY ALLURA HALL**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

4. All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A true bill,

/s/_____
Foreperson

/s/_____
RANDOLPH J. BERNARD
Acting United States Attorney

Eleanor F. Hurney
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney